TIMOTHY D. BARROW, ESQ.
Grist Mill Square, Suite 3
148 Main Street
Lebanon, New Jersey 08833
(908) 236-2229
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

ADAMJEE INSURANCE CO. LTD., and
WINDHAVEN INTERNATIONAL, INC.,

                       Plaintiffs,

        v.

M/V MAERSK CAROLINA, her engines, tackle, etc.,
 in rem; MAERSK LINE LIMITED, INC.;
DSL STAR EXPRESS INC.;
SUNTRANS INTERNATIONAL, INC.;
EURASIA CONTAINER LINE.;
STAR SHIPPING LINES;
EASTERN EXPRESS LINE;
APM GLOBAL LOGISTICS USA INC. f/k/a
Maersk Logistics USA Inc.; and ABC COMPANY
(a fictitious defendant); in personam,

                       Defendants.

---

*Document Electronically Filed*

CIVIL ACTION 08-2624

HON. PETER G. SHERIDAN

PLAINTIFFS' VOLUNTARY
DISMISSAL PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs ADAMJEE INSURANCE CO. LTD. and WINDHAVEN INTERNATIONAL, INC., by and through their undersigned counsel, hereby voluntarily dismiss this action *with prejudice* against all named Defendants herein. None of the above-named Defendants have appeared in this action as of the date of filing of the within Dismissal.

                                      s/ Timothy D. Barrow
                                      TIMOTHY D. BARROW
                                      Attorney for Plaintiffs

Dated: February 27, 2009
       Lebanon, New Jersey

SO ORDERED: /s/ [signature]
DATED: 9/27/09